IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CESAR LOPEZ, § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 4:15cv-02940 |
| § | |
| WAL-MART STORES TEXAS LLC, § § | |
| Defendant. § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order for Conference and Disclosure of Interested Parties, entered by the Court on October 8, 2015, in the above-entitled and numbered proceeding, a copy of which is attached hereto, has been served, via Certified Mail, Return Receipt Requested, upon the *Pro Se* Plaintiff on this 9th day of October, 2015:

Cesar Lopez
*Pro Se*
18091 William Lane
Conroe, Texas 77302

Respectfully submitted,

/s/ NANCY L. WATERS
NANCY L. WATERS
ATTORNEY-IN-CHARGE
State Bar No. 00787352
nwaters@gpd.com
GEARY, PORTER & DONOVAN
16475 Dallas, Parkway, Suite 400
Addison, Texas 75001-6837
(972) 931-9901
(972) 931-9208 (Fax)

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE – Page 1**

OF COUNSEL:
JAMES N. ZOYS
State Bar No. 24028155
jzoys@gpd.com
MAZELLE S. KRASOFF
State Bar No. 24078802
mkrasoff@gpd.com
GEARY, PORTER & DONOVAN
16475 Dallas, Parkway, Suite 400
Addison, Texas 75001-6837
(972) 931-9901
(972) 931-9208 (Fax)

**CERTIFICATE OF SERVICE – Page 2**



**GEARY, PORTER & DONOVAN**
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

**MAZELLE S. KRASOFF**

DIRECT DIAL NUMBER:
(972) 349-2265

ONE BENT TREE TOWER
16475 DALLAS PARKWAY, SUITE 400
ADDISON, TEXAS 75001-6837

POST OFFICE BOX 700248
DALLAS, TEXAS 75370-0248

E-MAIL ADDRESS:
mkrasoff@gpd.com

October 9, 2015

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Mr. Cesar Lopez
*Pro Se*
18091 William Lane
Conroe, Texas 77302

**Certified Article Number**

9414 7266 9904 2041 1709 38

**SENDERS RECORD**

    Re: *Cesar Lopez v. Wal-Mart Stores Texas LLC*; Civil Action No. 4:15-cv-02940, U. S. District Court for the Southern District of Texas, Houston Division (Removed from the 284th Judicial District Court of Montgomery County, Texas (Cause No. 15-08-08936))

Dear Mr. Lopez:

    Enclosed please find a copy of the Order for Conference and Disclosure of Interested Parties entered by Judge Alfred H. Bennett on October 8, 2015, in the above-referenced Civil Action No. 4:15-cv-02940, pending in the U. S. District Court for the Southern District, Houston Division.

                                  Very truly yours,

                                  GEARY, PORTER & DONOVAN,
                                  A Professional Corporation

                                  By: _____
                                       Mazelle S. Krasoff

MSK/mw

Enclosure

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

### CIVIL ACTION NO. 4:15-cv-02940
### Lopez v. Wal-Mart Stores Texas LLC

### ORDER FOR CONFERENCE AND
### DISCLOSURE OF INTERESTED PARTIES

1. Counsel and all parties appearing *pro se* shall appear for an initial pretrial and scheduling conference before

   JUDGE ALFRED H. BENNETT
   on January 22, 2016 at 09:30 AM
   at United States Courthouse
   Courtroom 8B, 8th Floor
   515 Rusk Avenue
   Houston, Texas 77002

2. Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. After the parties confer (in person or by telephone) as required by FED. R. CIV. P. 26(f), counsel and all parties appearing *pro se* shall prepare and file not less than 10 days before the conference a joint discovery/case management plan containing the information required on the attached form as required by FED. R. CIV. P. 26(f).

4. The court will enter a Docket Control Order and may rule on any pending motions at the conference.

5. Counsel and all parties appearing *pro se* who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

6. Attendance by an attorney who has authority to bind each represented party is required at the conference.

7. Counsel and all parties appearing *pro se* shall discuss whether alternative dispute resolution is appropriate and at the conference advise the court of the results of their discussions.

8. Counsel and all parties appearing *pro se* will deliver to chambers copies of all instruments filed within 7 days of the conference and within 7 days of any future court hearing or conference. Unless this rule is complied with the court will not consider any instrument filed within 7 days of any court appearance.

9. FED. R. CIV. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

10. Counsel will deliver to chambers copies of all instruments filed under seal regardless of their length.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

**By Order of the Court**

**Court Procedures:** Information on the court's practices and procedures and how to reach court personnel may be obtained at the Clerk's website at www.txs.uscourts.gov or from the intake desk of the Clerk's office.